**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRANK KENNEDY, | ) | NO. CV 17-00563-SJO (AS) |
|         Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| K. SORHEIM, T. FAIOLA, and R. BENEVIDES, | ) | |
|         Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 8, 2017.

*S. James Otero*

————————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE